IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JENNIFER KOTAS, | |
| Plaintiff, | 4:16-CV-3157 |
| vs. | |
| TABITHA, INC., | JUDGMENT |
| Defendant. | |

Pursuant to the parties' Joint Stipulation for Dismissal with Prejudice (filing 12), this matter is dismissed with prejudice, each party to be responsible for their own costs and fees, except as provided by agreement between the parties.

Dated this 23rd day of November, 2016.

BY THE COURT:

_____
John M. Gerrard
United States District Judge